**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN179630)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
605 "C" Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

**LAW OFFICES OF MICHAEL P. SOUSA**
Michael P. Sousa (SBN 229416)
msousa@msousalaw.com
3232 Governor Drive, #A
San Diego, CA 92122
Tel: (858) 453-6122/Fax: (858) 453-2155

Attorneys for Plaintiffs GREG SMITH and MICHELLE AYALA on behalf of themselves, all others similarly situated, and the general public

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH and MICHELLE AYALA, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., doing business as RED ROBIN BURGER AND SPRITS EMPORIUMS, a Nevada Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 14CV1432 JAH (BGS)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br>**[Fed. R. Civ. P. 23]**<br><br>Date: June 15, 2015<br>Time: 2:30 p.m.<br>Ctrm.: 13B<br>Hon. John A. Houston<br><br>Complaint filed: March 25, 2014<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 15, 2015 at 2:30 p.m., before the Honorable John A. Houston, United States District Court Judge, Courtroom 13B, located at 333 West Broadway, San Diego, California 92101, Plaintiffs GREG SMITH and MICHELLE AYALA ("Plaintiffs"), on behalf of themselves and all others similarly situated, pursuant to Rule 23(b)(1) and (b)(3) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") will seek an Order as follows:

1. To certify that this action, and each cause of action as plead in the proposed Class Action Complaint by determining that it is maintainable as a class action pursuant to Fed. R. Civ. P. 23(b); and

2. To certify the Plaintiff Class and each of the proposed subclasses, as being comprised of and defined as follows:

> **Plaintiff Class**: All Defendant's California restaurant managers classified as exempt, reporting to a General Manager, from March 25, 2010 to the date of trial.
>
> **Overtime Subclass:** All members of the Plaintiff Class not paid the legally required overtime rate for all hours worked in excess of eight (8) hours per workday or forty (40) hours per workweek.
>
> **Waiting Time Subclass:** All members of the Plaintiff Class who separated from their employment voluntarily or involuntarily, to whom Defendant knowingly failed to timely pay all wages due.
>
> **Wage Statement Subclass:** All members of the Plaintiff Class to whom Defendant knowingly and intentionally failed to provide accurate itemized wage statements showing all hours actually caused or suffered to work and the corresponding regular and overtime wages to be paid.
>
> **UCL Subclass:** All members of the "Overtime Subclass" who (1) were subject to unlawful, illegal, unfair and/or deceptive business acts /and or practices by Defendant and (2) are entitled

to restitution of unpaid wages from Defendant based on conduct occurring at any time during the Class Period.

3. To appoint Plaintiff GREG SMITH as a representative of the State of California and/or the California Labor Commission and/or the California and Labor Workforce Development Agency ("LWDA") on behalf of the general public, to bring this action as a "representative action" as required by SMITH's full and exhaustive efforts to comply with the Notice and Cure provisions of the Private Attorney's General Act ("PAGA"), Labor Code §2698, *et seq.*, pursuant to Notice sent certified mail to the LWDA and to RED ROBIN on March 25, 2014, on behalf of all "aggrieved employees" in the proposed Plaintiff Class during the applicable limitations period (from March 25, 2013 to the present) to recover penalties as provided by law and to be distributed to the State of California and/or the LWDA in the manner proscribed by Labor Code § 2699(i). After 33 days elapsed, the LWDA appointed SMITH by operation of law as representative of the LWDA and declined to investigate or intervene in the action.

4. To order that the named Plaintiffs GREG SMITH and MICHELLE AYALA are adequate representatives of the proposed Plaintiff Class and Subclasses and to appoint the law firms of Cohelan Khoury & Singer and Michael P. Sousa, experienced as class counsel in wage and hour class actions, as Class Counsel for the proposed Plaintiff Class and Subclasses.

This Motion is made pursuant to Federal Rule of Civil Procedure 23 and relevant California case law. Class Certification is appropriate because the proposed class is ascertainable and Plaintiffs have presented substantial evidence satisfy the requirements to show commonality, typicality, adequacy, predominance of common questions of law and fact and manageability as follows:

(1) The proposed Class is numerous and ascertainable based on RED ROBIN employment database records and consists of approximately 537 individuals, including Plaintiffs GREG SMITH and MICHELLE AYALA;

(2) Common issues of law and fact affecting the entirety of the Plaintiff Class and each of the Subclasses predominate over individualized issues;

(3) Plaintiffs' claims are typical of the claims of the Class and Subclasses;

(4) Plaintiffs' counsel is highly experienced with regard to wage and hour class actions and the named Plaintiffs will be fairly and adequately represent the proposed Plaintiff Class and proposed Subclasses;

(5) Plaintiffs have presented substantial evidence of misclassification and have proposed reasonable means and methodology to render trial in the matter manageable without unnecessary redundancy, duplication, or need for individual actions; and,

(6) A class action is superior to hundreds of duplicative individual actions.

This motion is based upon this Notice; the accompanying Memorandum of Points and Authorities; Declarations of Attorneys Michael D. Singer, Jeff Geraci, and Michael P. Sousa; the Declarations of Greg Smith, Michelle Ayala, and Robert E. Lewis, Ph.D.; the Notice of Lodgment of Exhibits; and upon the pleadings and documentary evidence contained in the Court's file, and such other oral and documentary evidence, authority, argument and matters proper for Judicial Notice as may be presented at or before the hearing of this Motion.

Dated: April 27, 2015

**COHELAN KHOURY & SINGER**
**LAW OFFICES OF MICHAEL P. SOUSA**

By:   s/Jeff Geraci
     Jeff Geraci, Esq.
Attorneys for Plaintiffs Greg Smith and Michelle Ayala