**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN179630)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
605 “C” Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

**LAW OFFICES OF MICHAEL P. SOUSA**
Michael P. Sousa (SBN 229416)
msousa@msousalaw.com
3232 Governor Drive, #A
San Diego, CA 92122
Tel: (858) 453-6122/Fax: (858) 453-2155

Attorneys for Plaintiffs GREG SMITH and MICHELLE AYALA on behalf of themselves, all others similarly situated, and the general public

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREG SMITH and MICHELLE AYALA, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., doing business as RED ROBIN BURGER AND SPRITS EMPORIUMS, a Nevada Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case No. 14CV1432 JAH (BGS)**<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS’ NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**[Volume II of II]**<br><br>Date: June 15, 2015<br>Time: 2:30 p.m.<br>Ctrm.: 13B<br>Hon. John A. Houston<br><br>Complaint filed: March 25, 2014<br>Trial Date: None Set |


**TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

Plaintiffs Greg Smith and Michelle Ayala hereby lodge the following exhibits, true and correct copies which are attached hereto, in Support of Plaintiffs' Motion for Class Certification:

**EXHIBITS**

| Exhibit | Description |
|---|---|
| 16 | Declaration of Shan Burchenal in Support of Defendant Red Robin International, Inc.'s Notice of Removal of Civil Action to United States District Court, filed 06/12/14 |
| 17 | Relevant portions of the Deposition of Ron Perrotta taken on April 15, 2015 |
| 18 | Relevant portions of the Fed. R. Civ. P. 30(b)(6) Deposition of Red Robin (David Gates) taken on December 18, 2014 and March 31, 2015 |
| 19 | Relevant portions of the Fed. R. Civ. P. 30(b)(6) Deposition of Red Robin (Claire Simpson) taken on December 17 and 18, 2014, and April 1, 2015 |
| 20 | Relevant portions of the Deposition of Bruce Hartman taken on April 16, 2015 |
| 21 | Defendant's Responses to Interrogatories Propounded by Plaintiff Greg Smith, Set No. One |
| 22 | Defendant's Supplemental Response to Request for Admissions Propounded by Plaintiff Greg Smith, Set No. One |

1

Notice of Lodgment of Exhibits in Support of Plaintiffs' Motion for Class Certification [Vol. II of II] Case No. 14CV1432 JAH (BGS)

Dated: April 27, 2015

**COHELAN KHOURY & SINGER**
**LAW OFFICES OF MICHAEL P. SOUSA**

By: s/Jeff Geraci
Jeff Geraci, Esq.
Attorneys for Plaintiffs Greg Smith and Michelle Ayala

2

Notice of Lodgment of Exhibits in Support of Plaintiffs' Motion for Class Certification [Vol. II of II]
Case No. 14CV1432 JAH (BGS)