UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH and MICHELLE AYALA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br>RED ROBIN INTERNATIONAL, doing business as RED ROBIN BURGER AND SPIRITS EMPORIUMS, a Nevada Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Civil No. 14cv1432 JAH (BGS)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL** [Doc. No. 37] |

    Good cause appearing, IT IS HEREBY ORDERED Plaintiffs' motion to file Notice of Lodgment of Exhibits, Volume I (Exhibits 1 to 15) in support of Motion for Class Certification under seal is **GRANTED**.

DATED:    March 30, 2016

JOHN A. HOUSTON
United States District Judge