1  **COHELAN KHOURY & SINGER**
   Timothy D. Cohelan (SBN60827)
2  tcohelan@ckslaw.com
3  Michael D. Singer (SBN179630)
   msinger@ckslaw.com
4  Jeff Geraci (SBN 151519)
5  jgeraci@ckslaw.com
   605 "C" Street, Suite 200
6  San Diego, CA 92101
7  Tel: (619) 595-3001/Fax: (619) 595-3000

8  **LAW OFFICES OF MICHAEL P. SOUSA**
   Michael P. Sousa (SBN 229416)
9  msousa@uclawyer.com
10 3232 Governor Drive, No. A
   San Diego, CA 92122
11 Tel: (858) 453-6122/Fax: (858) 453-2155

12

13 Attorneys for Plaintiffs GREG SMITH, MICHELLE AYALA on behalf of
   themselves, all others similarly situated, and the general public
14

15                **UNITED STATES DISTRICT COURT**

16                **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  GREG SMITH and MICHELLE AYALA, on behalf of themselves and all others similarly situated, | Case No. 14CV1432 JAH (BGS) |
| 18 | **CLASS ACTION** |
| 19 | |
| 20         Plaintiffs, | **JOINT MOTION TO MODIFY SCHEDULING ORDER** |
| 21    v. | |
| 22 RED ROBIN INTERNATIONAL, INC., doing business as RED ROBIN BURGER AND SPRITS EMPORIUMS, a Nevada Corporation, and DOES 1 through 10, Inclusive, | Ctrm: 1B  Hon. Bernard G. Skomal, U.S. Magistrate Judge |
| 25 | |
| 26         Defendants. | Complaint filed:  March 25, 2014  Trial Date:       None Set |
| 27 | |
| 28 | |

Plaintiffs Greg Smith and Michelle Ayala ("Plaintiffs') and Defendant Red Robin International, Inc. ("Defendant") hereby submit this Joint Motion to Modify the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings as detailed below.

On April 12, 2017, this Court entered a Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. No. 51) and set the following case deadlines:

| Event | Current Dates |
|---|---|
| Expert Designation | May 1, 2017 |
| Rebuttal Expert Designation | May 15, 2017 |
| Expert Disclosures | June 15, 2017 |
| Rebuttal Expert Disclosures | June 29, 2017 |
| Expert Discovery cut-off | July 28, 2017 |
| Pretrial Motion cut-off | August 28, 2017 |
| Submit settlement briefs | September 27, 2017 |
| Mandatory Settlement Conference | October 11, 2017 at 1:30 p.m. |
| Fed. R. Civ. P. 26(a)(3) disclosures | October 30, 2017 |
| Local Rule 16.1(f)(4) conference | November 6, 2017 |

| Event | Current Dates |
|---|---|
| Plaintiff to provide Proposed Pretrial Order to Defendant | November 13, 2017 |
| Lodge Proposed Pretrial Order | November 20, 2017 |
| Final Pretrial Conference | November 27, 2017 at 2:30 p.m. |

Good cause exists for this continuance in that the Motion for Class Certification was filed April 27, 2015 and an Order ruling on it was issued March 31, 2017. The Parties are evaluating the Order and discussing settlement of the remaining claims. The Parties believe settlement discussions will be more effective without the need to spend further time and resources designating experts at this point. The Parties request a 45-day continuance of the Expert and other Pretrial dates and the following modification to the Scheduling Order:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Expert Designation | May 1, 2017 | June 15, 2017 |
| Rebuttal Expert Designation | May 15, 2017 | June 29, 2017 |
| Expert Disclosures | June 15, 2017 | July 31, 2017 |
| Rebuttal Expert Disclosures | June 29, 2017 | August 14, 2017 |
| Expert Discovery cut-off | July 28, 2017 | September 11, 2017 |
| Pretrial Motion cut-off | August 28, 2017 | October 12, 2017 |

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Submit settlement briefs | September 27, 2017 | November 13, 2017 |
| Mandatory Settlement Conference | October 11, 2017 at 1:30 p.m. | November 27, 2017 |
| Fed. R. Civ. P. 26(a)(3) disclosures | October 30, 2017 | December 14, 2017 |
| Local Rule 16.1(f)(4) conference | November 6, 2017 | December 21, 2017 |
| Plaintiff to provide Proposed Pretrial Order to Defendant | November 13, 2017 | December 28, 2017 |
| Lodge Proposed Pretrial Order | November 20, 2017 | January 4, 2018 |
| Final Pretrial Conference | November 27, 2017 at 2:30 p.m. | January 11, 2018 |

Dated:   April 26, 2017         **COHELAN KHOURY & SINGER**
                               **LAW OFFICES OF MICHAEL P. SOUSA**


                               By:   s/Jeff Geraci
                                     Michael D. Singer, Esq.
                                     Jeff Geraci, Esq.
                               Attorneys for Plaintiffs GREG SMITH and
                               MICHELLE AYALA

Dated:   April 26, 2017         **SEYFARTH SHAW LLP**


                               By:   s/Catherine M. Dacre
                                     Catherine M. Dacre, Esq.
                                     Simon L. Yang, Esq.
                                     Julie G. Yap, Esq.
                               Attorneys for Defendant
                               RED ROBIN INTERNATIONAL, INC.

## ECF ATTESTATION

Pursuant to Section 2.f.4 of the Southern District of California Electronic Case Filing Administrative Policies and Procedures, I, Jeff Geraci, attest that concurrence in the filing of this Joint Motion has been obtained from the above persons who stipulated to the filing of this instrument.

/s/ Jeff Geraci
Jeff Geraci
Attorneys for Plaintiffs GREG SMITH and
MICHELLE AYALA
