**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN60827)
tcohelan@ckslaw.com
Michael D. Singer (SBN179630)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
605 "C" Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

**LAW OFFICES OF MICHAEL P. SOUSA**
Michael P. Sousa (SBN 229416)
msousa@msousalaw.com
3232 Governor Drive, #A
San Diego, CA 92122
Tel: (858) 453-6122/Fax: (858) 453-2155

Attorneys for Plaintiffs GREG SMITH, MICHELLE AYALA on behalf of themselves, all others similarly situated, and the general public

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH and MICHELLE AYALA, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., doing business as RED ROBIN BURGER AND SPRITS EMPORIUMS, a Nevada Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 14CV1432 JAH (BGS)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed: March 25, 2014<br>Trial Date: None Set |

- 1 -

JOINT NOTICE OF SETTLEMENT               Case No. 14CV1432 JAH (BGS)

**TO THE HONORABLE JOHN A. HOUSTON and HONORABLE BERNARD G. SKOMAL, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiffs GREG SMITH AND MICHELLE AYALA ("Plaintiffs") and Defendant RED ROBIN INTERNATIONAL, INC ("Defendant") ("the Parties") have reached a settlement.

The Parties are drafting a formal settlement agreement and will file dispositional documents in accordance with the relevant Federal Rules of Civil Procedure.

Dated: July 28, 2017         **COHELAN KHOURY & SINGER**
                             **LAW OFFICES OF MICHAEL P. SOUSA**

                             By:   s/Jeff Geraci
                                   Michael D. Singer, Esq.
                                   Jeff Geraci, Esq.
                             Attorneys for Plaintiffs GREG SMITH and MICHELLE AYALA

Dated: July 28, 2017         **SEYFARTH SHAW LLP**

                             By:   s/Catherine M. Dacre
                                   Catherine M. Dacre, Esq.
                                   Simon L. Yang, Esq.
                                   Julie G. Yap, Esq.
                             Attorneys for Defendant
                             RED ROBIN INTERNATIONAL, INC.

## ECF ATTESTATION

Pursuant to Section 2.f.4 of the Southern District of California Electronic Case Filing Administrative Policies and Procedures, I, Jeff Geraci, attest that concurrence in the filing of this Joint Notice of Settlement has been obtained from the above persons who stipulated to the filing of this instrument.

                             /s/ Jeff Geraci
                             Jeff Geraci
                             Attorneys for Plaintiffs GREG SMITH and MICHELLE AYALA

**PROOF OF SERVICE**

***Smith, et al. v. Red Robin International, Inc. dba Red Robin Burger and Spirits Emporiums***
**U.S.D.C. Case No. 14CV1432 JAH (BGS)**

I, Matthew Atlas, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 605 "C" Street, Suite 200, San Diego, California 92101-5305.

On July 28, 2017, I instituted service of the forgoing document(s) described as:

**JOINT NOTICE OF SETTLEMENT**

on the following parties:

**SEE ATTACHED SERVICE LIST**

in the following manner:

__x__ Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.casd.uscourts.gov.

Service will be deemed effective as provided for by General Order 550 of the District Court of California, Southern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed July 28, 2017, at San Diego, California.

_____
Matthew Atlas

## SERVICE LIST
*Smith, et al. v. Red Robin International, Inc. dba Red Robin Burger and Spirits Emporiums*
U.S.D.C. Case No. 14CV1432 JAH (BGS)

| | |
|---|---|
| Catherine M. Dacre, Esq.<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>Email: cdacre@seyfarth.com | Counsel for Defendant Red Robin International, Inc. dba Red Robin Burger and Spirits Emporiums |
| Simon L. Yang, Esq.<br>SEYFARTH SHAW LLP<br>333 S. Hope Street, Suite 3900<br>Los Angeles, California 90071-1406<br>Telephone: (213) 270-9700<br>Facsimile: (213) 270-9601<br>Email: syang@seyfarth.com | Counsel for Defendant Red Robin International, Inc. dba Red Robin Burger and Spirits Emporiums |
| Julie G. Yap, Esq.<br>SEYFARTH SHAW LLP<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839<br>Email: jyap@seyfarth.com | Counsel for Defendant Red Robin International, Inc. dba Red Robin Burger and Spirits Emporiums |
| Michael P. Sousa, Esq.<br>Law Offices of Michael P. Sousa, APC<br>3232 Governor Dr. #A<br>San Diego, CA, 92122<br>Telephone: (858) 453-6122<br>Facsimile: (858) 453-2155<br>Email: msousa@msousalaw.com | Co-counsel for Plaintiffs Greg Smith and Michelle Ayala |