1  **COHELAN KHOURY & SINGER**
   Timothy D. Cohelan (SBN60827)
2  tcohelan@ckslaw.com
3  Michael D. Singer (SBN179630)
   msinger@ckslaw.com
4  Jeff Geraci (SBN 151519)
5  jgeraci@ckslaw.com
   605 "C" Street, Suite 200
6  San Diego, CA 92101
7  Tel: (619) 595-3001/Fax: (619) 595-3000

8  **LAW OFFICES OF MICHAEL P. SOUSA**
9  Michael P. Sousa (SBN 229416)
   msousa@msousalaw.com
10 3232 Governor Drive, #A
11 San Diego, CA 92122
   Tel: (858) 453-6122/Fax: (858) 453-2155
12

13 Attorneys for Plaintiffs GREG SMITH, MICHELLE AYALA on behalf of
14 themselves, all others similarly situated, and the general public

15              **UNITED STATES DISTRICT COURT**

16              **SOUTHERN DISTRICT OF CALIFORNIA**

17 | GREG SMITH and MICHELLE AYALA, | **Case No. 14CV1432 JAH (BGS)**
18 | on behalf of themselves and all others | **CLASS ACTION**
   | similarly situated |
19 |  |
20 |          Plaintiffs, | **JOINT MOTION FOR AN**
   |  | **ORDER OF DISMISSAL OF**
21 |     v. | **ENTIRE ACTION**
   |  | **[Fed. R. Civ. P. 41(a)(1)(2)]**
22 |  |
23 | RED ROBIN INTERNATIONAL, INC., |
   | doing business as RED ROBIN BURGER |
24 | AND SPRITS EMPORIUMS, a Nevada |
   | Corporation, and DOES 1 through 10, |
25 | Inclusive, |
   |  | Complaint filed:   March 25, 2014
26 |          Defendants. | Trial Date:        None Set
27 |  |
28 |  |

---

Joint Motion For Order Of Dismissal Of Entire Action           Case No. 14CV1432 JAH (BGS)
40226437v.1

Plaintiffs GREG SMITH and MICHELLE AYALA ("Plaintiffs,") and Defendants RED ROBIN INTERNATIONAL, INC., doing business as RED ROBIN BURGER AND SPRITS EMPORIUMS ("Defendants," collectively the "Parties"), through their respective counsel of record, enter this Joint Stipulation and request the Court issue an Order of Dismissal of the Entire Action as follows:

1. The individual claims of Plaintiff Greg Smith against Defendant Red Robin International, Inc., including any claim that he is an aggrieved employee, shall be dismissed in their entirety **WITH PREJUDICE**.

2. The individual claims of Plaintiff Michelle Ayala against Defendant Red Robin International, Inc., including any claim that she is an aggrieved employee, shall be dismissed in their entirety **WITH PREJUDICE**.

3. The representative allegations against Defendant Red Robin International, Inc. under the Labor Code Private Attorneys General Act of 2004 are dismissed **WITHOUT PREJUDICE** as to any other individual.

4. Each party shall bear his/her/its own costs and attorneys' fees.

5. This action shall be dismissed in its entirety.

6. The Court shall retain jurisdiction to enforce the settlement.

Dated: August 2, 2017
**COHELAN KHOURY & SINGER**
**LAW OFFICES OF MICHAEL P. SOUSA**

By:   s/Jeff Geraci
      Michael D. Singer, Esq.
      Jeff Geraci, Esq.
Attorneys for Plaintiffs GREG SMITH and MICHELLE AYALA

Dated:  August 2, 2017
**SEYFARTH SHAW LLP**

By:   s/Catherine M. Dacre
      Catherine M. Dacre, Esq.
      Simon L. Yang, Esq.
      Julie G. Yap, Esq.
Attorneys for Defendant

- 1 -

RED ROBIN INTERNATIONAL, INC.

## ECF ATTESTATION

Pursuant to Section 2.f.4 of the Southern District of California Electronic Case Filing Administrative Policies and Procedures, I, Jeff Geraci, attest that concurrence in the filing of this Joint Motion has been obtained from the above persons who stipulated to the filing of this instrument.

/s/ Jeff Geraci
Jeff Geraci
Attorneys for Plaintiffs GREG SMITH and MICHELLE AYALA

# PROOF OF SERVICE

***Smith, et al. v. Red Robin International, Inc. dba Red Robin Burger and Spirits Emporiums***
**U.S.D.C. Case No. 14CV1432 JAH (BGS)**

I, Amber Worden, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 605 "C" Street, Suite 200, San Diego, California 92101-5305.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with United States Postal Service/United Parcel Service; and that the correspondence shall be deposited with United States Postal Service/United Parcel Service this same day in the ordinary course of business.

On August 2, 2017, I instituted service of the forgoing document(s) described as:

**JOINT MOTION FOR AN
ORDER OF DISMISSAL OF ENTIRE ACTION**

on the following parties:

**SEE ATTACHED SERVICE LIST**

in the following manner:

__x__ Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.casd.uscourts.gov.

Service will be deemed effective as provided for by General Order 550 of the District Court of California, Southern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed August 2, 2017, at San Diego, California.

*Amber Worden*
Amber Worden