# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH and MICHELLE AYALA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., doing business as RED ROBIN BURGER AND SPRITS EMPORIUMS, a Nevada Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 14CV1432 JAH (BGS)<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Having read and considered the Parties' Joint Motion for an Order of Dismissal of the Entire Action, and Good cause appearing, IT IS HEREBY ORDERED:

    1.    The individual claims of the Plaintiff Greg Smith against Defendant Red Robin International, Inc., including any claim that he is an aggrieved employee,

are dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (2).

2. The individual claims of the Plaintiff Michelle Ayala against Defendant Red Robin International, Inc., including any claim that she is an aggrieved employee, are dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (2).

3. The representative allegations against Defendant Red Robin International, Inc. under the Labor Code Private Attorneys General Act of 2004 are dismissed without prejudice as to any other individual.

4. Each party shall bear his/her/its own costs and attorneys' fees.

5. The Court retains continuing jurisdiction over the enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 4, 2017

_____
The Honorable John A. Houston
United States District Judge